AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:23-cr-119 |
| CONOR BRIAN FITZPATRICK, | ) | |
| a/k/a "Pompompurin" | ) | |
| *Defendant* | ) | |

FILED
IN OPEN COURT

JUL 1 3 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _7-13-23_

_Conor Fitzpatrick_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

_PETER KATZ_
*Printed name of defendant's attorney*

/s/ _[signature]_   7/13/23
T. S. Ellis, III   *Judge's signature*
United States District Judge

_____
*Judge's printed name and title*