# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

- City:
- County: Prince Wiliam

☐ Under Seal

Superseding Indictment:

Same Defendant: X

Magistrate Judge Case No.: 1:23-mj-67

Search Warrant Case No.:

**Judge Assigned:** Hon. TSE

**Criminal No.:** 1:23-cr-119

**New Defendant:**

**Arraignment Date:**

**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Connor Brian Fitzpatrick
- **Alias(es):** pompompurin
- ☐ Juvenile   FBI No.:
- **Address:** PEEKSKILL, NY 10566
- **Employment:**
- **Birth Date:** xx/xx/2002
- **SSN:** xxx-xx-4399
- **Sex:** Male
- **Race:** White
- **Nationality:** USA
- **Place of Birth:**
- **Height:** 5"6'
- **Weight:** 130
- **Hair:** Brown
- **Eyes:** Grey
- **Scars/Tattoos:**
- ☐ Interpreter   **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:** March 15, 2023
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☒ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Nina J. Ginsberg, Peter Katz
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:** 1001 N. Fairfax St., Ste. 510, Alexandria, VA 22314 / 116 Village Blvd., 2nd Floor, Princeton, NJ 08540
- ☒ Retained
- **Phone:** (703) 684-4333, peter@pkatzlegal.com
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Lauren Halper
- **Phone:** 703-299-3759
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

FBI John Longmire, 202-345-3806

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §§1029 (b)(2) and 3559(g)(1) | Consp. commit access device fraud | 1 | Felony |
| Set 2: | 18 U.S.C. §§1029 (a)(6) and 2 | Access Device Fraud - Unauthorized Solicitation | 2 | Felony |

**Date:** 7/10/2023

**AUSA Signature:** Lauren Halper

*may be continued on reverse*