IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 23-CR-119 (TSE) |
| ) | |
| CONOR BRIAN FITZPATRICK, ) | Sentencing: November 17, 2023 |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

On the unopposed motion of Defendant Conor Fitzpatrick; it is hereby

ORDERED that Sentencing in the above-referenced matter shall be continued from November 17, 2023 to January 19, 2024, at 2:00 pm.

Dated: 10/19/23

_____
Hon. T.S. Ellis, III