IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-119 |
| | ) | |
| CONOR BRIAN FITZPATRICK, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the United States' consent motion to extend the deadline to object to the Presentence Investigation Report ("PSR") in this matter. (Dkt. 52).

For good cause shown,

It is hereby **ORDERED** that the United States' motion (Dkt. 52) is **GRANTED**.

It is further **ORDERED** that the parties' objections to the PSR shall be submitted on or before **December 29, 2023**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
October 30, 2023

_____
T. S. Ellis, III
United States District Judge