Page 1
PS-8 (12/04)
VAE (rev 5/23)

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Conor Brian Fitzpatrick                    Docket No. 0422 1:23CR00119-001

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW, Kimberly M. Hess, PROBATION OFFICER, presenting an official report upon the conduct of defendant Conor Brian Fitzpatrick, who was placed under pretrial release supervision by the Honorable William E. Fitzpatrick, United States Magistrate Judge sitting in the court at 401 Courthouse Square, Alexandria, Virginia 22314, on March 23, 2023, under the following conditions:

**See Page 2.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

PRAYING THAT THE COURT WILL ORDER a WARRANT for the defendant's arrest and he show cause why his conditions of release should not be revoked.

**It is hereby ORDERED that the petition, with its attachment and arrest warrant be sealed.  It is further ORDERED the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.**

**ORDER OF COURT**

Considered and ordered this ___21st___ day of December 2023 and ordered filed and made a part of the records in the above case.

_____
T.S. Ellis, III
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2023

**Kimberly Hess** Digitally signed by Kimberly Hess
Date: 2023.12.19 14:28:03 -05'00'
_____
Kimberly M. Hess
Supervising U.S. Probation Officer
703-299-2261

Place: Alexandria

**The Honorable T.S. Ellis III**
**RE: FITZPATRICK, Conor Brian**

1) Submit to supervision by and report to Pretrial Services as directed;
2) Surrender any passport to Pretrial Services;
3) Not obtain a passport or other international travel document;
4) Travel restricted to the Southern and Eastern Districts of New York and Eastern District of Virginia for court/attorney purposes with prior notification to Pretrial Services;
5) Avoid all contact, directly or indirectly with any person who is or may be a victim or witness in this investigation and no contact with co-defendant's or co-conspirators in the investigation;
6) Mental health evaluation and treatment as directed by Pretrial Services;
7) Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner;
8) Not to possess the personal identification information of others, including at any place of employment;
9) Not to open any new lines of credit, bank accounts, cryptocurrency accounts and credit cards without prior approval from Pretrial Services;
10) Maintain or actively seek employment and/or enroll in an educational/vocational program;
11) Shall not access the BreachForum website.
12) Shall have no knowing contact with BreachForum users or co-conspirators unless supervised by counsel.
13) Defendant is to appear in the Eastern District of Virginia on March 24, 2023, by noon.

On March 24, 2023, the defendant initially appeared before The Honorable William E. Fitzpatrick pursuant to the charges of Conspiracy to Commit Access Fraud at which time the defendant appeared and was released on the same conditions previously imposed with the additional condition that he not access VPN Software from any location.

On July 13, 2023, the defendant appeared before Your Honor and entered a plea to Conspiracy to Commit Access Devic Fraud, Solicitation for the Purpose of Offering Access Devices and Possession of Child Pornography.   At that time your Honor continued the defendant on the same conditions of release and added the following:

14) The defendant shall not access a computer and/or the internet unless a computer monitoring program has been installed by the pretrial services office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the pretrial services officer. The software may restrict and/or record any and all activity on the computer. including the capture of keystrokes, application information, internet use history. email correspondence, and chat conversations. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of the monitoring will be paid by the defendant.
15) No contact with minors under the age of 18 (with the exception of the defendant's sibling) unless supervised by an adult who is aware of the defendant's offense, at the discretion of the probation officer.
16) The defendant shall not access any websites or accounts focused on breached, leaked or stolen data, computer hackling, security research, malware, computer programming, domains, cybercrime, online obfuscation, or computer networking, without prior approval of probation.
17) The defendant shall not use any tools for obfuscating his identity, such as virtual private networks (VPNs), the onion router (Tor), or proxies.
18) The defendant shall not create, register, or rent any new websites, domains, servers, or computer infrastructure associated with the operation of websites.