AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No.    1:23-CR-00119-001 |
| CONOR BRIAN FITZPATRICK | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    CONOR BRIAN FITZPATRICK                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition    ☒ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date:    12/21/2023                                **COPY**
_____
_Issuing officer's signature_

City and state:        Alexandria, VA                    Tanya Randall/Deputy Clerk
_____
_Printed name and title_

| **Return** |
|---|

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____
_____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____