IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  23-CR-119  (TSE) |
| | ) | |
| CONOR BRIAN FITZPATRICK, | ) | Sentencing:  January 19, 2024 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

# FILED UNDER SEAL