IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 1:23-cr-119 (LMB) |
| CONOR BRIAN FITZPATRICK, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Due to scheduling issues, it is necessary to continue the resentencing hearing in this case, which is currently scheduled for Tuesday, June 3, 2025. Accordingly, it is hereby

ORDERED that the resentencing hearing currently scheduled for Tuesday, June 3, 2025, at 9:00 a.m. be and is CONTINUED to Tuesday, July 8, 2025, at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S. Probation Office.

Entered this 27th day of May, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge