IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,       )
                                )
        v.                      )
                                )
CONOR BRIAN FITZPATRICK,        )       1:23-cr-119 (LMB)
                                )
        Defendant.              )

## ORDER

At the request of the parties to continue the resentencing hearing in this case, it is hereby

ORDERED that the resentencing hearing currently scheduled for Tuesday, July 8, 2025,

at 9:00 a.m. be and is CONTINUED to Tuesday, September 16, 2025, at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S.

Probation Office.

Entered this 30th day of June, 2025.

Alexandria, Virginia

                                        /s/
                                        _____
                                        Leonie M. Brinkema
                                        United States District Judge