# *** CRIMINAL HEARING MINUTES ***

Date: 9/16/2025                      Before the Honorable: **LEONIE M. BRINKEMA**

Time: 9:20– 10:11  (00:51)           Case No.: **1:23-cr-00119-LMB-1**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

---

# UNITED STATES OF AMERICA

V.

# CONOR BRIAN FITZPATRICK

---

Appearances of Counsel for:
[ X ]  Government: Lauren Halper, Thomas Dougherty
[ X ]  Defendant: Peter Katz, Nina Ginsberg

**Re:**     Resentencing Hearing

### SENTENCING GUIDELINES:
    Total Offense Level: __36__
    Criminal History Category: __I__
    Guideline Range: Count 1 and Count 2: __120__ months; Count 3: __188__ to __235__ months
    Supervised Release Range: Count 1 and 2: __1__ to __3__ years: Count 3: __5__ years to __Life__
    Fine Range: $__40,000__ to $__250,000__ as to each count

### PROCEEDINGS:
- Restitution Order to be entered as to Victim 1 and 2.
- Argument of counsel heard.
- Statement of deft heard.
- Comments of the Court.
- Deft advised of right to appeal.

### JUDGMENT OF THE COURT:
- 36 MONTHS BOP with credit for time served. This term consists of 36 months as to Count 1, 2, and 3, to be served concurrently.
- 20 YR SR TERM imposed with the same conditions previously imposed. This term consists of 2 YR SR term as to counts 1 and 2, 20 YR SR as to count 3, to be served concurrently.
- Deft shall serve sentence at FCI Danbury Low. Deft shall be enrolled in the Skills Program.
- Deft placed on PR bond until he surrenders for service of sentence (Order to follow).