IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| CONOR BRIAN FITZPATRICK, | )   1:23-cr-119 (LMB) |
| | ) |
| Defendant. | ) |

## ORDER SETTING CONDITIONS OF RELEASE

For the reasons stated in open court, it is hereby

ORDERED that the following conditions of release be and are IMPOSED:

1. You shall continue to be supervised by the U.S. Probation Office until you surrender for the service of your sentence;

2. You must comply with all mandatory, standard, and special conditions set forth on pages 3 through 7 in the Judgment issued on September 16, 2025, except for Special Conditions 4 (polygraph testing), 5 (sex offender treatment), and 10 (searches), which are incorporated herein by reference and attached hereto;

3. You must surrender for service of your sentence on the date and time and at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; and

4. Within 48 hours of the date and time you are to surrender for service of your sentence, you must go to the U.S. Probation Office for removal of your GPS location monitoring ankle bracelet.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S. Probation Office.

Entered this 16 day of September, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge